Union Trust Company of East St. Louis, executor and trustee of the last will and testament of Joseph Karner, deceased, appellee, v. Dora Karner et al., defendants, and Maurice S. Karner, appellant.

Opinion filed March 13, 1939.

H. Chouteau Dyer and John M. Karns, for appellant. Philip G. Listeman and Louis Klingel, for appellee.

Mr. Presiding Justice Murphy delivered the opinion of the court.

Rudy Phillips, next friend of Bluford W. Logsdon, plaintiff, v. William L. Ford, defendant.

Opinion filed March 13, 1939.

Ely & Derrick, for plaintiff. Joseph L. Bartley and C. R. Roedel, for defendant.

Per Curiam.

Ben Emge, appellee, v. Illinois Central Railroad Company, appellant.

Opinion filed March 13, 1939.

Kramer, Campbell, Costello & Wiechert, for appellant; Charles A. Helsell, of counsel. Beasley & Zulley, for appellee.

Per Curiam.